ROBERT W. FREEMAN
Nevada Bar No. 003062
DANIELLE C. MILLER
Nevada Bar No. 009127
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*Clark County Park Police*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LAVANITA BURKE, | CASE NO. 2:17-cv-02081-JCM-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| CLARK COUNTY PARK POLICE, a political subdivision; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and their respective counsel of record, and upon the representation having been made that all claims

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4847-8282-9656.1

have been settled.

DATED this 1st day of February, 2018.                    DATED this 1st day of February, 2018.

MAIER GUTIERREZ & ASSOCIATES                    LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Danielle J. Barraza*                    By: */s/ Danielle C. Miller*
JOSEPH A. GUTIERREZ, ESQ.                          ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 009046                              Nevada Bar No. 003062
DANIELLE J. BARRAZA, ESQ.                          DANIELLE C. MILLER, ESQ.
Nevada Bar No. 013822                              Nevada Bar No. 009127
8816 Spanish Ridge Avenue                          6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89148                            Las Vegas, Nevada 89118
*Attorneys for Plaintiff*                          *Attorneys for Defendant*
                                                   *Clark County Park Police*

   IT IS SO ORDERED:

                          _____
                          U.S. DISTRICT COURT JUDGE

                          DATED: February 8, 2018